FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

September 14, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-110-APG-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| FRANCISCO LUIS MCARTHUR, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Francisco Luis McArthur to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Francisco Luis McArthur pled guilty. Criminal Information, ECF No. 17; Plea Agreement, ECF No. 19; Arraignment & Plea, ECF No. 20; Preliminary Order of Forfeiture, ECF No. 21.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 24, 2022, through July 23, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 22-1, p. 5.

1    This Court finds no petition was filed herein by or on behalf of any person or entity

2    and the time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending regarding the property named herein and

4    the time has expired for presenting such petitions.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

6    all possessory rights, ownership rights, and all rights, titles, and interests in the property

7    hereinafter described are condemned, forfeited, and vested in the United States pursuant to

8    Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §

9    981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be returned to

10   the addressees:

11        1.    Assorted United States Mail, including, but not limited to:

12             a.  two Clark County Election Department Official Absent Voter Ballots

13                 addressed to victims E.J.G. and M.S.C.; and

14             b.  one Nevada EBT card not in defendant's name

15   (all of which constitutes property).

16        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

17   copies of this Order to all counsel of record.

18        DATED __September 14_____, 2022.

19

20

21        _____
          ANDREW P. GORDON
          UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28